DAVID L. SKELTON  #96250
CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101

FILED PT
2005 JUN 29 PM 2:53
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

Rec #185465

UNITED STATES BANKRUPTCY COURT
Southern District of California

IN RE                                              ) CASE NO. 0310410-M13
                                                   )
   DEXTER R MARCUS                                 ) UNDISTRIBUTED FUNDS
   9013 REDFIELD ST                                )
   SPRING VALLEY CA                                )
                    91977-4824                     )
                                                   )

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT
REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: COMPLETED

EXPLANATION OF SOURCES:
    DEBTOR REFUND CHECK TO COURT/NO NEW ADDRESS

NAME OF PAYEE ON UNCLAIMED CHECK:                  AMOUNT:

   DEXTER R MARCUS                                 1,459.22
   9013 REDFIELD ST
   SPRING VALLEY CA
                    91977-4824

I hereby certify under penalty of perjury that if valid addresses were
avaliable, a true copy of this was served on the Debtor(s), his attorney
of record, and Payee at the addresses as they appear herein.

SERVED:    [✓]DEBTOR(S)    [✓]ATTORNEY    [ ]PAYEE

DATED: June 15, 2005

                                         _____ PATRICIA MORGAN
                                         Clerk for the office of
                                         DAVID L. SKELTON, CHAPTER 13 TRUSTEE


   MARJAN MORTAZAVI #189701
   501 W BROADWAY STE 2020
   SAN DIEGO CA
                    92101-3548